IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AIMEE WAHLERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:19-cv-03064-SRC |
| ) | |
| NATHANIEL HENDREN, ET AL., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO DEFENDANT CITY OF ST. LOUIS' MOTION TO DISMISS**

COMES NOW Defendant Nathaniel Hendren, by and through his undersigned counsel, and pursuant to this Court's order dated January 22, 2020 (DCD_29), states that he takes no position on Defendant City of St. Louis' pending motion to dismiss (DCD_ 15).

Respectfully submitted,

NEWTON BARTH, L.L.P

By: _____
Talmage E. Newton IV, MO56647
tnewton@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office

Attorney for Defendant Hendren

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on information and belief a copy of the foregoing was electronically filed with the court and served upon all parties of record via the court's e-filing system on this 29th day of January, 2020.

_____